Home Owners' Loan Corporation, defendant in error, v. Signe Nielsen, plaintiff in error. Gen. No. 40,333.

614

Opinion filed Febru-
ary 27, 1939.
William C. Smith, for plaintiff in error. John M. Quinlan, for de-
fendant in error; William E. Dever, of counsel.
Mr. Justice O'Connor delivered the opinion of the court.